UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:   09-61611-CIV-COHN/Seltzer

YOUR A TO X VIDEO OUTLET, INC.,

    Plaintiff,

vs.

CITY OF DANIA BEACH and STIRLING
CENTER, LLP,

    Defendants.
_____/

## ORDER GRANTING AGREED MOTION TO PERMIT FILING OF AMENDED COMPLAINT

**THIS CAUSE** is before the Court upon Plaintiff's Agreed Motion to Waive Plaintiff's Response to Pending Motion and to Permit Plaintiff to File Amended Complaint [DE 12] and Defendant's Motion to Dismiss or Strike Plaintiff's Complaint, or, Alternatively, for a More Definite Statement [DE 5].  The Court has carefully considered the motions and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Agreed Motion to Waive Plaintiff's Response to Pending Motion and to Permit Plaintiff to File Amended Complaint [DE 12] is hereby **GRANTED**;

2. Plaintiff's Amended Complaint is hereby due no later than December 11, 2009;[1]

3. Defendant's Motion to Dismiss or Strike Plaintiff's Complaint, or, Alternatively, for a More Definite Statement [DE 5] shall be deemed moot upon filing of the

---

[1] The Court notes that Plaintiff need not have waited for "permission" to file a First Amended Complaint in response to a motion to dismiss or strike.  For this reason, and because the new deadline is 35 days from the filing of Plaintiff's motion, the Court does not set a longer period of time.

Amended Complaint.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Broward County, Florida, this 2nd day of December, 2009.

_____
JAMES I. COHN
United States District Judge

Copies furnished to:

counsel of record on CM/ECF